## THOMPKINS v. CITY OF NEWNAN.

COBB, J. The evidence authorized the judgment, and there was no error in overruling the certiorari.    *Judgment affirmed.   All the Justices concur.*

Submitted April 23, — Decided May 10, 1904.

Certiorari.    Before Judge Freeman.    Coweta superior court. March 18, 1904.

*A. H. Freeman,* for plaintiff in error.   *W. M. Glass,* contra.